# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00485-CR

**Vicki Jeannine Knight aka Vicki Jean Knight, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY
## NO. 675117, HONORABLE WILLIAM E. BENDER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The trial court found appellant Vicki Jeannine Knight guilty of theft and assessed punishment at 180 days' incarceration and a $2000 fine. *See* Tex. Pen. Code Ann. § 31.03(a), (e)(3) (West Supp. 2005). The court suspended imposition of sentence and placed appellant on community supervision.

Appellant represents herself on appeal. A reporter's record was not requested and, after appellant was given notice and an opportunity to cure, the appeal was submitted for decision without a reporter's record. *See* Tex. R. App. P. 37.3(c)(1). Appellant did not file a brief or respond to this Court's notices. *See* Tex. R. App. P. 38.8(b)(4). We have examined the record before us and find no fundamental error that should be considered in the interest of justice.

The judgment of conviction is affirmed.

_____

David Puryear, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Affirmed

Filed:   May 5, 2006

Do Not Publish